IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 10-258-SLR |
| APPLE INC., | |
| Defendant. | |

**DEFENDANT APPLE INC.'S
MOTION TO DISMISS FOR LACK OF STANDING**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant Apple Inc. ("Apple") moves to dismiss this action because Plaintiff MobileMedia Ideas LLC ("MMI") does not possess constitutional or prudential standing to sue Apple for infringement of the Asserted Patents.  Specifically, because MMI lacks the exclusionary rights required for constitutional standing, this case must be dismissed with prejudice.  Alternatively, it should be dismissed with leave to amend to add parties.

Dated:  March 2, 2012

       */s/ Richard K. Herrmann*

Richard K. Herrmann (# 405)
Mary B. Matterer (# 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

O'MELVENY & MYERS LLP
George A. Riley
Luann L. Simmons
David S. Almeling
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
(415) 984-8700
griley@omm.com
lsimmons@omm.com
dalmeling@omm.com

*Attorneys for Defendant Apple Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>APPLE INC.,<br><br>       Defendant. | Civil Action No. 10-258-SLR |

## [PROPOSED] ORDER

Having considered **DEFENDANT APPLE INC.'S MOTION TO DISMISS FOR LACK OF STANDING,** and all related briefing and argument,

**IT IS HEREBY ORDERED** this ____ day of _____, 2012 that the Motion is **GRANTED**, and this action is dismissed with prejudice.


_____
Sue L. Robinson
United States District Judge