IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 10-258 (SLR)(MPT) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Rebuttal Expert Report of Dr. Gareth Loy DMA On Validity Issues*; (2) *Second Expert Report of Dr. Sigurd Meldal*; and (3) *First Expert Report of Tim A. Williams, Ph.D. In Response To The Expert Reports Of Dr. Henry Lieberman, Dr. John P.J. Kelly And Dr. Jack D. Grimes Regarding Validity*, were caused to be served on March 5, 2012, upon the following in the manner indicated:

Richard K. Herrmann, Esquire                                    *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

George A. Riley, Esquire                                        *VIA ELECTRONIC MAIL*
Luann L. Simmons, Esquire
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA  94111

|  |  |
|---|---|
| OF COUNSEL:<br><br>Kevin P.B. Johnson<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>(650) 801-5000<br><br>Edward J. DeFranco<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>(212) 849-7000<br><br>March 6, 2012<br>5500917.1 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Rodger D. Smith II*<br><br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for MobileMedia Ideas, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 6, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| George A. Riley, Esquire<br>Luann L. Simmons, Esquire<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>San Francisco, CA  94111 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)