IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-258 (SLR) (MPT) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS
WITH RESPECT TO U.S. PATENT NOS. 6,002,390 AND 7,313,647**

WHEREAS, Plaintiff MobileMedia Ideas, LLC ("MMI") and Defendant Apple Inc. ("Apple") have agreed to dismiss the claims and counterclaims related to U.S. Patent No. 6,002,390 ("the '390 patent") from this action; and

WHEREAS, MMI and Apple have also agreed to dismiss the claims and counterclaims related to U.S. Patent No. 7,313,647 ("the '647 patent") from this action;

IT IS HEREBY STIPULATED by the parties, subject to approval of the Court, that:

1. The Fifth Cause of Action (Infringement of the '390 patent) in MMI's Amended Complaint (D.I. 8) is dismissed with prejudice;

2. The Twelfth Cause of Action (Infringement of the '647 patent) in MMI's Amended Complaint (D.I. 8) is dismissed with prejudice;

3. The Fifth Counterclaim for Relief (Non-infringement of the '390 patent) in Apple's First Amended Answer to Complaint and Counterclaims (D.I. 50) is dismissed with prejudice;

4.  The Twelfth Counterclaim for Relief (Non-infringement of the '647 patent) in Apple's First Amended Answer to Complaint and Counterclaims (D.I. 50) is dismissed with prejudice;

5.  This Stipulated Dismissal shall have no effect on any other claims or counterclaims; and

6.  Each party shall bear its own costs, expenses, and attorneys' fees associated with the claims and counterclaims dismissed by this Stipulated Dismissal.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Richard K. Herrmann* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>jtigan@mnat.com | Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com |
| Steven M. Bauer<br>Justin J. Daniels<br>Safraz W. Ishmael<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110-2600<br>(617) 526-9600 | George A. Riley<br>Luann L. Simmons<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3823<br>(415) 984-8700 |
| Kenneth Rubenstein<br>Anthony C. Coles<br>Alan Federbush<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>(212) 969-3000 | *Attorneys for Defendant Apple Inc.* |
| *Attorneys for Plaintiff MobileMedia Ideas LLC* | |

SO ORDERED this ___ day of _____, 2012.

_____
United States District Judge

5833998.2