**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, | Civil Action No. 10-258-SLR |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| APPLE INC., | |
| Defendant. | |

**APPLE'S PROPOSED VERDICT SHEET**

**Dated:  November 28, 2012**

1

We, the jury, unanimously find as follows:

**I.     U.S. Patent No. 6,070,068 (the "'068 Patent")**

    **A.     Direct Infringement**

        1.     Has MobileMedia proven, by a preponderance of the evidence, that each and every limitation of Claim 23 of the '068 Patent is found in the accused Apple iPhones (hereinafter, "Apple's iPhones")?

        *Checking "yes" below indicates a finding for MobileMedia.*
        *Checking "no" below indicates a finding for Apple.*

        Yes_____     No_____

        2.     Has MobileMedia proven, by a preponderance of the evidence, that each and every limitation of Claim 24 of the '068 Patent is found in Apple's iPhones?

        *Checking "yes" below indicates a finding for MobileMedia.*
        *Checking "no" below indicates a finding for Apple.*

        Yes_____     No_____

    **B.     Indirect Infringement – Inducing Infringement**

        3.     Has MobileMedia proven, by a preponderance of the evidence, that Apple induced infringement of Claim 23 of the '068 Patent?

        *Checking "yes" below indicates a finding for MobileMedia.*
        *Checking "no" below indicates a finding for Apple.*

        Yes_____     No_____

        4.     Has MobileMedia proven, by a preponderance of the evidence, that Apple induced infringement of Claim 24 of the '068 Patent?

        *Checking "yes" below indicates a finding for MobileMedia.*
        *Checking "no" below indicates a finding for Apple.*

        Yes_____     No_____

**C.     Invalidity**

5.     Has Apple proven, by clear and convincing evidence, that the following claims of the '068 Patent are invalid as being anticipated in view of the prior art?

*Checking "yes" below indicates a finding for Apple.*
*Checking "no" below indicates a finding for MobileMedia.*

Claim 23     Yes_____     No_____
Claim 24     Yes_____     No_____

6.     Has Apple proven, by clear and convincing evidence, that the following claims of the '068 Patent are invalid as being obvious to a person of ordinary skill in the art as of March 19, 1996 in view of the prior art?

*Checking "yes" below indicates a finding for Apple.*
*Checking "no" below indicates a finding for MobileMedia.*

Claim 23     Yes_____     No_____
Claim 24     Yes_____     No_____

3

## II.   U.S. Patent No. 6,253,075 (the "'075 Patent")

### A.   Direct Infringement

7.   Has MobileMedia proven, by a preponderance of the evidence, that each and every limitation of Claim 5 of the '075 Patent is found in Apple's iPhones?

> *Checking "yes" below indicates a finding for MobileMedia.*
> *Checking "no" below indicates a finding for Apple.*

Yes_____      No_____

8.   Has MobileMedia proven, by a preponderance of the evidence, that each and every limitation of Claim 6 of the '075 Patent is found in Apple's iPhones?

> *Checking "yes" below indicates a finding for MobileMedia.*
> *Checking "no" below indicates a finding for Apple.*

Yes_____      No_____

9.   Has MobileMedia proven, by a preponderance of the evidence, that each and every limitation of Claim 10 of the '075 Patent is found in Apple's iPhones?

> *Checking "yes" below indicates a finding for MobileMedia.*
> *Checking "no" below indicates a finding for Apple.*

Yes_____      No_____

### B.   Indirect Infringement – Inducing Infringement

10.   Has MobileMedia proven, by a preponderance of the evidence, that Apple induced infringement of Claim 5 of the '075 Patent?

> *Checking "yes" below indicates a finding for MobileMedia.*
> *Checking "no" below indicates a finding for Apple.*

Yes_____      No_____

11.   Has MobileMedia proven, by a preponderance of the evidence, that Apple induced infringement of Claim 6 of the '075 Patent?

> *Checking "yes" below indicates a finding for MobileMedia.*
> *Checking "no" below indicates a finding for Apple.*

Yes_____      No_____

**C.     Invalidity**

12.  Has Apple proven, by clear and convincing evidence, that the following claims of the '075 Patent are invalid as being obvious to a person of ordinary skill in the art as of May 19, 1998 in view of the prior art?

*Checking "yes" below indicates a finding for Apple.*
*Checking "no" below indicates a finding for MobileMedia.*

| | | |
|---|---|---|
| Claim 5 | Yes_____ | No_____ |
| Claim 6 | Yes_____ | No_____ |
| Claim 10 | Yes_____ | No_____ |

13.  Has Apple proven, by clear and convincing evidence, that the following claims of the '075 Patent are invalid for failing to satisfy the written description requirement?

*Checking "yes" below indicates a finding for Apple.*
*Checking "no" below indicates a finding for MobileMedia.*

| | | |
|---|---|---|
| Claim 5 | Yes_____ | No_____ |
| Claim 6 | Yes_____ | No_____ |
| Claim 10 | Yes_____ | No_____ |

14.  Has Apple proven, by clear and convincing evidence, that the following claims of the '075 Patent are invalid for failing to satisfy the enablement requirement?

*Checking "yes" below indicates a finding for Apple.*
*Checking "no" below indicates a finding for MobileMedia.*

| | | |
|---|---|---|
| Claim 5 | Yes_____ | No_____ |
| Claim 6 | Yes_____ | No_____ |
| Claim 10 | Yes_____ | No_____ |

### III. U.S. Patent No. 6,427,078 (the "'078 Patent")

#### A. Direct Infringement

15. Has MobileMedia proven, by a preponderance of the evidence, that each and every limitation of Claim 73 of the '078 Patent is found in Apple's iPhones?

    *Checking "yes" below indicates a finding for MobileMedia.*
    *Checking "no" below indicates a finding for Apple.*

    Yes_____    No_____

#### B. Invalidity

16. Has Apple proven, by clear and convincing evidence, that Claim 73 of the '078 Patent is invalid as being anticipated in view of the prior art?

    *Checking "yes" below indicates a finding for Apple.*
    *Checking "no" below indicates a finding for MobileMedia.*

    Yes_____    No_____

17. Has Apple proven, by clear and convincing evidence, that Claim 73 of the '078 Patent is invalid as being obvious to a person of ordinary skill in the art as of May 19, 1994 in view of the prior art?

    *Checking "yes" below indicates a finding for Apple.*
    *Checking "no" below indicates a finding for MobileMedia.*

    Yes_____    No_____

You have now reached the end of the verdict form.  Each juror should sign the verdict form to reflect that a unanimous verdict has been reached.

Date:  _____

 

_____
Jury Foreperson

_____
Jury Member

_____
Jury Member

_____
Jury Member

_____
Jury Member

_____
Jury Member

_____
Jury Member

_____
Jury Member

_____
Jury Member