REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBILEMEDIA IDEAS, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 10-258-SLR |
| | ) |
| APPLE INC. | ) |
| | ) |
| Defendant. | ) |

**VERDICT SHEET**

Dated: December 11, 2012

We, the jury, unanimously find as follows:

**I. U.S. Patent No. 6,070,068 ("The '068 Patent")**

**A. Direct Infringement**

1. Do you find that MobileMedia has proven, by a preponderance of the evidence, that each and every limitation of claim 23 and/or claim 24 of the '068 patent is found in the accused Apple iPhones (hereinafter, "Apple's iPhones")?

*Checking "yes" below indicates a finding for MobileMedia.*

*Checking "no" below indicates a finding for the Apple.*

| Claim | Verdict on direct infringement |
|-------|-------------------------------|
| 23 | ☑ yes ☐ no |
| 24 | ☑ yes ☐ no |

**B. Indirect Infringement - Inducing Infringement**

2. Do you find that MobileMedia has proven, by a preponderance of the evidence, that Apple has induced the infringement of claim 23 and/or claim 24 of the '068 patent?

*Checking "yes" below indicates a finding for MobileMedia.*

*Checking "no" below indicates a finding for the Apple.*

| Claim | Verdict on inducement of infringement |
|-------|--------------------------------------|
| 23 | ☐ yes ☑ no |
| 24 | ☐ yes ☑ no |

**C. Validity**

3. Do you find that Apple has proven, by clear and convincing evidence, that the asserted claims of the '068 patent are invalid as being anticipated?

*Checking "no" below indicates a finding for the MobileMedia.*

*Checking "yes" below indicates a finding for Apple.*

| Claim | No (Valid) | Yes (Invalid, anticipated) |
|---|---|---|
| 23 | ✓ | ☐ |
| 24 | ✓ | ☐ |

4. Do you find that Apple has proven, by clear and convincing evidence, that the asserted claims of the '068 patent are invalid as being obvious?

*Checking "no" below indicates a finding for the MobileMedia.*

*Checking "yes" below indicates a finding for Apple.*

| Claim | No (Valid) | Yes (Invalid due to obviousness) |
|---|---|---|
| 23 | ✓ | ☐ |
| 24 | ✓ | ☐ |

2

## II. U.S. Patent No. 6,253,075 ("The '075 Patent")

### A. Direct Infringement

1. Do you find that MobileMedia has proven, by a preponderance of the evidence, that each and every limitation of claim 5, claim 6, and/or claim 10 of the '075 patent is found in Apple's iPhones?

*Checking "yes" below indicates a finding for MobileMedia.*

*Checking "no" below indicates a finding for the Apple.*

*If you answer "no" with respect to claim 5, you must answer "no" with respect to dependent claim 6 for purposes of this question.*

| Claim | Verdict on direct infringement | |
|---|---|---|
| 5 | ☑ yes | ☐ no |
| 6 | ☑ yes | ☐ no |
| 10 | ☑ yes | ☐ no |

3

## B. Indirect Infringement - Inducing Infringement

2. Do you find that MobileMedia has proven, by a preponderance of the evidence, that Apple has induced the infringement of claim 5 and/or claim 6 of the '075 patent?

> *Checking "yes" below indicates a finding for MobileMedia.*
>
> *Checking "no" below indicates a finding for the Apple.*
>
> *If you answer "no" with respect to claim 5, you must answer "no" with respect to dependent claim 6 for purposes of this question.*

| Claim | Verdict on inducement of infringement |
|---|---|
| 5 | ☐ yes   ☑ no |
| 6 | ☐ yes   ☑ no |

4

## C. Validity

3. Do you find that Apple has proven, by clear and convincing evidence, that the asserted claims of the '075 patent are invalid as being obvious?

> *Checking "no" below indicates a finding for the MobileMedia.*
>
> *Checking "yes" below indicates a finding for Apple.*
>
> *If you find that claim 5 is valid and not obvious, you must find that dependent claim 6 is also valid and not obvious for purposes of this question.*

| Claim | No (Valid) | Yes (Invalid due to obviousness) |
|---|---|---|
| 5 | ☑ | ☐ |
| 6 | ☑ | ☐ |
| 10 | ☑ | ☐ |

5

### III. U.S. Patent No. 6,427,078 ("The '078 Patent")

#### A. Direct Infringement

1. Do you find that MobileMedia has proven, by a preponderance of the evidence, that each and every limitation of claim 73 of the '078 patent is found in Apple's iPhones?

*Checking "yes" below indicates a finding for MobileMedia.*

*Checking "no" below indicates a finding for the Apple.*

| Claim | Verdict on direct infringement |
|-------|-------------------------------|
| 73    | ☑ yes   ☐ no                  |

#### B. Validity

2. Do you find that Apple has proven, by clear and convincing evidence, that claim 73 of the '078 patent is invalid as being anticipated?

*Checking "no" below indicates a finding for the MobileMedia.*

*Checking "yes" below indicates a finding for Apple.*

| Claim | No (Valid) | Yes (Invalid, anticipated) |
|-------|------------|----------------------------|
| 73    | ☑          | ☐                          |

6

3. Do you find that Apple has proven, by clear and convincing evidence, that claim 73 of the '078 patent is invalid as being obvious?

*Checking "no" below indicates a finding for the MobileMedia.*

*Checking "yes" below indicates a finding for Apple.*

| Claim | No (Valid) | Yes (Invalid due to obviousness) |
|---|---|---|
| 73 | ✓ | ☐ |

7