IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBILEMEDIA IDEAS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Civ. No. 10-258-SLR<br>)<br>)<br>)<br>) |

**JUDGMENT FOLLOWING A JURY VERDICT
PURSUANT TO FED. R. CIV. P. 58(b)**

For reasons stated in the jury verdict of December 13, 2012;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff MobileMedia Ideas, LLC and against defendant Apple Inc. as to direct infringement and validity of claims 23 and 24 of the '068 patent, claims 5, 6 and 10 of the '075 patent and claim 73 of the '078 patent.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of defendant Apple Inc. and against plaintiff MobileMedia Ideas LLC as to induced infringement of claims 23 and 24 of the '068 patent and claims 5 and 6 of the '075 patent.

_____
United States District Judge

Dated: 12/17/2012

_____
(By) Deputy Clerk