IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBILEMEDIA IDEAS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 10-258-SLR |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 8th day of June, 2015,

IT IS ORDERED that a telephone conference shall be held on **Wednesday, July 1, 2015** at **3:00 p.m.** Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge