IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-258 (SLR) (MPT) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH RESPECT TO U.S. PATENT NOS. 6,446,080; 6,760,477; 7,349,012; 5,915,239; AND 5,490,170**

WHEREAS, Plaintiff MobileMedia Ideas, LLC ("MMI") and Defendant Apple Inc. ("Apple") have agreed to dismiss the claims and counterclaims related to U.S. Patent Nos. 6,446,080 (the "'080 Patent"); 6,760,477 (the "'477 Patent"); 7,349,012 (the "'012 Patent); 5,915,239 (the "'239 Patent"); and 5,490,170 (the "'170 Patent") from this action;

IT IS HEREBY STIPULATED by the parties, subject to approval of the Court, that:

1. The Ninth Cause of Action (Infringement of the '080 patent) in MMI's Amended Complaint (D.I. 8) is dismissed with prejudice;

2. The Eleventh Cause of Action (Infringement of the '477 patent) in MMI's Amended Complaint (D.I. 8) is dismissed with prejudice;

3. The Thirteenth Cause of Action (Infringement of the '012 patent) in MMI's Amended Complaint (D.I. 8) is dismissed with prejudice;

4. The Fourteenth Cause of Action (Infringement of the '239 patent) in MMI's Amended Complaint (D.I. 8) is dismissed with prejudice;

5. The Sixteenth Cause of Action (Infringement of the '170 patent) in MMI's Amended Complaint (D.I. 8) is dismissed with prejudice;

- 2 -

6. The Ninth Counterclaim for Relief (Non-infringement of the '080 patent) in Apple's First Amended Answer to Complaint and Counterclaims (D.I. 50) is dismissed with prejudice;

7. The Eleventh Counterclaim for Relief (Non-infringement of the '477 patent) in Apple's First Amended Answer to Complaint and Counterclaims (D.I. 50) is dismissed with prejudice;

8. The Thirteenth Counterclaim for Relief (Non-infringement of the '012 patent) in Apple's First Amended Answer to Complaint and Counterclaims (D.I. 50) is dismissed with prejudice;

9. The Fourteenth Counterclaim for Relief (Non-infringement of the '239 patent) in Apple's First Amended Answer to Complaint and Counterclaims (D.I. 50) is dismissed with prejudice;

10. The Sixteenth Counterclaim for Relief (Non-infringement of the '170 patent) in Apple's First Amended Answer to Complaint and Counterclaims (D.I. 50) is dismissed with prejudice;

11. This Stipulated Dismissal shall have no effect on any other claims, counterclaims, or defenses; and

12. Each party shall bear its own costs, expenses, and attorneys' fees associated with the claims and counterclaims dismissed by this Stipulated Dismissal.

- 3 -

Dated: December 4, 2015

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| */s/ Jeremy A. Tigan* <br> Jack B. Blumenfeld (#1014) <br> Rodger D. Smith II (#3778) <br> Jeremy A. Tigan (#5239) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> rsmith@mnat.com <br> jtigan@mnat.com | */s/ Mary B. Matterer* <br> Richard K. Herrmann (No. 405) <br> Mary B. Matterer (No. 2696) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, Delaware 19801-1494 <br> (302) 888-6800 <br> rherrmann@morrisjames.com <br> mmatterer@morrisjames.com |
| PROSKAUER ROSE LLP <br> Steven M. Bauer <br> Justin J. Daniels <br> Safraz W. Ishmael <br> One International Place <br> Boston, MA 02110-2600 <br> (617) 526-9600 | O'MELVENY & MYERS LLP <br> George A. Riley <br> Luann L. Simmons <br> Two Embarcadero Center, 28th Floor <br> San Francisco, CA 94111-3823 <br> (415) 984-8700 <br> griley@omm.com <br> lsimmons@omm.com <br><br> *Attorneys for Defendant Apple Inc.* |
| Kenneth Rubenstein <br> Anthony C. Coles <br> Eleven Times Square <br> New York, NY 10036 | |

*Attorneys for Plaintiff MobileMedia Ideas LLC*

       SO ORDERED this ___ day of _____, 2015.

 

                                                              United States District Judge