IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS, LLC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 10-258-SLR |
| APPLE INC., | ) ) ) | |
| Defendant. | ) ) | |

**REDACTED**

**VERDICT SHEET**

Dated: September 19, 2016

We, the jury, unanimously find as follows:

## INFRINGEMENT

1. Do you find that MobileMedia has proven, by a preponderance of the evidence, that the accused Apple iPhones infringe any of the following claims of the U.S. Patent No. RE 39,231 ("the '231 patent")?

*Checking "yes" below indicates a finding for MobileMedia.*
*Checking "no" below indicates a finding for Apple.*

*If you answer "no" with respect to claim 12, you must answer "no" with respect to dependent claim 2 for purposes of this question.*

| Claim | Yes (Infringed) | No (Not Infringed) |
|---|---|---|
| 12 | ✓ | |
| 2 | ✓ | |

## VALIDITY

2. Do you find that Apple has proven, by clear and convincing evidence, that any of the following claims of the '231 patent are invalid as obvious in view of the prior art?

*Checking "yes" below indicates a finding for Apple.*
*Checking "no" below indicates a finding for MobileMedia.*

*If you answer "no" with respect to claim 12, you must answer "no" with respect to dependent claim 2 for purposes of this question*

| Claim | Yes (Patent is invalid) | No (Patent is valid) |
|---|---|---|
| 12 | | ✓ |
| 2 | | ✓ |

*Continue to next page.*

3. Do you find that Apple has proven, by clear and convincing evidence, that claims 12 and 2 of the '231 patent are invalid for a lack of written description?

*Checking "yes" below indicates a finding for Apple.
Checking "no" below indicates a finding for MobileMedia.*

| Yes (Patent is invalid) | No (Patent is valid) |
|---|---|
|  | ✓ |

## DAMAGES

*Please answer this question only if you have found at least one of claims 12 and 2 of the '231 patent to have been proven infringed by MobileMedia and not proven invalid by Apple.*

4. Please state the amount of a reasonable royalty, which should be a dollar amount, that you have determined for Apple's infringement of the '231 patent.

Amount: $ 3 million

*Continue to next page.*

We, the jurors, by signing below, indicate our unanimous verdict.



Dated: Sept 21, 2016