IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IRONWORKS PATENTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 10-258-SLR |
| ) | |
| APPLE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

At Wilmington this 12+ day of June, 2017, consistent with the memorandum opinion issued this same date:

IT IS ORDERED that:

1. Plaintiff's motion for judgment as a matter of law (D.I. 712) is granted-in-part, to wit:

    a. Defendant shall pay damages in the amount of $8,940,625; and

    b. Plaintiff's motion for a new trial is denied;

2. Plaintiff's motion for award of prejudgment and postjudgment interest (D.I. 713) is granted, to wit:

    a. Defendant shall pay prejudgment interest in the amount of $1,736.372; and

    b. Defendant shall pay postjudgment interest in the amount of $46,929;

3. Defendant's motion for post-trial relief and judgment as a matter of law (D.I. 714) is denied.

_____
Senior United States District Judge