IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IRONWORKS PATENTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 10-258-SLR |
| ) | |
| APPLE, INC., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT FOLLOWING POST TRIAL MOTION PRACTICE PURSUANT TO FED. R. CIV. P. 54 (b)**

For reasons stated in the court's memorandum opinion and order of June 12, 2017;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Ironworks Patents, LLC and against defendant Apple, Inc. in the amount of $10,723,926.00.

_____
Senior United States District Judge

Dated: 6/15/2017

_____
(By) Deputy Clerk